James K. Ward, Esq. (SBN 117639)
Daniel P. Jay, Esq. (SBN 215860)
EVANS, WIECKOWSKI & WARD, LLP
745 University Avenue
Sacramento, CA 95825
Telephone: (916)923-1600
Facsimile: (916)923-1616

Attorneys for Defendants
Peninsula Fire District, Public Entity;
Robert Phillips, Public Entity Employee; and
Gary Pini, Public Entity Employee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB ANDERSON,<br><br>          Plaintiff,<br><br>  vs.<br><br>PENINSULA FIRE DISTRICT, ROBERT PHILLIPS; GARY PINI and DOES 1 through 50,<br><br>          Defendants. | **Case No. 2:13-CV-01736-TLN-CMK**<br><br>**STIPULATION AND DECLARATION; ORDER RE DISCOVERY CUTOFF AND EXPERT DISCLOSURE DEADLINE** |

IT IS HEREBY STIPULATED by Plaintiff, CALEB ANDERSON, by and through his attorneys, and Defendants PENINSULA FIRE DISTRICT, GARY PINI and ROBERT PHILLIPS, by and through their attorneys, that the March 26, 2015 discovery cut-off date set forth in the Court's August 14, 2014 pretrial scheduling order be continued to August 8, 2015 in order to allow the parties sufficient time to complete depositions and written follow-up discovery in this matter. The parties also stipulate that the May 28, 2015 disclosure of expert witnesses deadline be continued to October 23, 2015 in order to allow the parties to have their dispositive

motions heard before they needlessly spend money retaining experts and preparing expert witness reports.  This stipulation is based upon the following facts which the parties submit show good cause to adjust the pretrial scheduling order:

1.      That on August 8, 2014 the Court established a non-expert discovery cut-off date of March 26, 2015.

2.      Since the initiation of this case the parties have engaged in extensive written discovery including exchanges of written special interrogatories and requests for production of documents.  The parties have also taken the depositions of the Plaintiff and Defendants Gary Pini and Robert Phillips.  As a result, it is submitted that the parties have been diligent in regard to discovery in this matter.

3.      Despite the diligence of the parties, the parties have found that a significant amount of discovery still needs to be completed in order for the parties to gather all the available facts; evaluate the merits of the case; prepare dispositive motions; and to possibly explore resolution of this case.  For example, the parties are still trying to depose Patrick Cockrane who works for the State of California OSHA Enforcement Division and Debbie Harris who works for the NorCal EMS Authority.  The testimony of these two witnesses is critical to both sides of this case.  Yet, despite reasonably diligent efforts, the parties have been unable to secure the depositions of these two individuals because they have been unable to serve one witness and there have been scheduling issues for the other.  The parties expect that the deposition testimony of these Mr. Cockrane and Ms. Harris will reveal other possible witnesses who will need to be deposed.  Follow up written discover and subpoenas will also likely result from these depositions.

4.      That on August 8, 2014 the Court established an expert witness disclosure deadline of May 28, 2015.

5.      Since the date of the Court's August 8, 2014 pretrial scheduling order, the parties have met and conferred regarding the disclosure of expert witnesses and have come to the conclusion that it would save both parties significant amounts of money if experts were disclosed after this Court hears the parties' dispositive motions.  Such an arrangement would likely narrow the type of experts necessary and also narrow the scope of expert testimony, if experts are even necessary after dispositive motions are heard.

6.      Based upon the foregoing, the parties submit that good cause exists to continue the discovery cutoff to August 3, 2015 because the above-described witnesses are crucial to both parties' preparation of their case; because an amendment to the scheduling order will cause no prejudice to either party since both parties have agreed to the continuance; and because the adjustment of the discovery cutoff will not affect the other dates set by this Court and the trial date will not need to be continued.  Furthermore, the parties submit that good cause exists to adjust the expert witness disclosure deadline to October 23, 2015, a date after the current dispositive motion deadline of September 24, 2015, so that the parties can possibly save money by retaining fewer experts depending on how the Court rules on dispositive motions.

7.      That the parties agree that this stipulation is valid under Local Rule 143.

IT IS SO STIPULATED.

\\

\\

\\

\\

Dated: March 6, 2015                         EVANS, WIECKOWSKI & WARD, LLP


                                                      /s/ Daniel Jay
                                             _____
                                             JAMES K. WARD
                                             DANIEL JAY
                                             Attorneys for Defendants PENINSULA
                                             FIRE DISTRICT, GARY PINI and
                                             ROBERT PHILLIPS


Dated: March 6, 2015                         LAW OFFICES OF LARRY L.
                                             BAUMBACH


                                                      /s/ Larry L. Baumbach
                                             _____
                                             LARRY L. BAUMBACH
                                             Attorney for Plaintiff CALEB
                                             ANDERSON


### DECLARATION OF DANIEL JAY

I, Daniel Jay, do hereby declare and say the following:

1.      I am one of the attorneys of record for the Defendants in the above-entitled action. I have prepared this Declaration as evidence in support of the parties' stipulation and request to this Court to continue the discovery cutoff date to August 3, 2015 and the expert witness disclosure deadline to October 23, 2015.  The facts stated in the stipulation set forth above are true and correct and based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the United States of America that the facts stated above in the stipulation of the parties is true and correct.  This Declaration was executed on March 6, 2015 in Sacramento, California.

                                                      /s/ Daniel Jay
                                             _____

**DECLARATION OF LARRY L. BAUMBACH**

I, Larry L. Baumbach, do hereby declare and say the following:

1.      I am the attorney of record for Plaintiff in the above-entitled action.  I have prepared this Declaration as evidence in support of the parties' stipulation and request to this Court to continue the discovery cutoff date to August 3, 2015 and the expert witness disclosure deadline to October 23, 2015.  The facts stated in the stipulation set forth above are true and correct and based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the United States of America that the facts stated above in the stipulation of the parties is true and correct.  This Declaration was executed on March 6, 2015 in Chico, California.

/s/ Larry L. Baumbach

_____

**ORDER**

Based upon the stipulation of the parties and good cause appearing, the Court orders that the discovery cutoff off date is hereby changed to August 3, 2015.  It is further ordered that the expert witness disclosure deadline is hereby changed to October 23, 2015.

IT IS SO ORDERED.

Dated:  March 11, 2015

_____
Troy L. Nunley
United States District Judge