James K. Ward, Esq. (SBN 117639)
Daniel P. Jay, Esq. (SBN 215860)
EVANS, WIECKOWSKI & WARD, LLP
745 University Avenue
Sacramento, CA 95825
Telephone: (916)923-1600
Facsimile: (916)923-1616

Attorneys for Defendants
Peninsula Fire District, Public Entity;
Robert Phillips, Public Entity Employee; and
Gary Pini, Public Entity Employee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB ANDERSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PENINSULA FIRE DISTRICT, ROBERT PHILLIPS; GARY PINI and DOES 1 through 50,<br><br>　　　　　Defendants. | Case No. 2:13-CV-01736-TLN-CMK<br><br>**STIPULATION AND DECLARATION; ORDER RE EXPERT DISCLOSURE DEADLINE** |

　　　IT IS HEREBY STIPULATED by Plaintiff, CALEB ANDERSON, by and through his attorneys, and Defendants PENINSULA FIRE DISTRICT, GARY PINI and ROBERT PHILLIPS, by and through their attorneys, that the October 23, 2015 disclosure of expert witnesses deadline be continued to November 23, 2015 in order to allow the parties the opportunity to receive the Court's order on Defendants' motion for summary judgment, which is currently pending before this Court, before they needlessly spend money retaining experts and

STIPULATION AND ORDER - 1

preparing expert witness reports.  This stipulation is based upon the following facts which the parties submit show good cause to adjust the pretrial scheduling order:

1. That on March 12, 2015 the Court established an expert witness disclosure deadline of October 23, 2015.

2. That on August 27, 2015 the Defendants filed a motion for summary judgment with a hearing date set for September 24, 2015.

3. That by a minute order issued by the Court on September 18, 2015 the parties were notified that the Court took Defendants' motion for summary judgment under submission without oral argument and that the parties have not yet received the Court's decision on the motion.

4. That since September 18, 2015, the parties have met and conferred regarding the disclosure of expert witnesses and have come to the conclusion that it would save both parties money and effort if experts were disclosed after this Court rules on Defendants' motion for summary judgment given the fact that if the motion is granted the case will be decided in Defendants' favor and no experts will be necessary.

5. Based upon the foregoing, the parties submit that good cause exists to continue the expert witness disclosure deadline to November 23, 2015 so that the parties can possibly save money and effort depending on how the Court rules on Defendants' motion.

6. That the parties agree that this stipulation is valid under Local Rule 143.

IT IS SO STIPULATED.

\\

\\

\\

| | |
|---|---|
| Dated: October 22, 2015 | EVANS, WIECKOWSKI & WARD, LLP |
| | /s/ Daniel Jay |
| | _____ |
| | JAMES K. WARD |
| | DANIEL JAY |
| | Attorneys for Defendants PENINSULA |
| | FIRE DISTRICT, GARY PINI and |
| | ROBERT PHILLIPS |
| | |
| Dated: October 22, 2015 | LAW OFFICES OF LARRY L. BAUMBACH |
| | /s/ Larry L. Baumbach |
| | _____ |
| | LARRY L. BAUMBACH |
| | Attorney for Plaintiff CALEB ANDERSON |

### DECLARATION OF DANIEL JAY

I, Daniel Jay, do hereby declare and say the following:

1. I am one of the attorneys of record for the Defendants in the above-entitled action. I have prepared this Declaration as evidence in support of the parties' stipulation and request to this Court to continue the expert disclosure deadline to November 23, 2015. The facts stated in the stipulation set forth above are true and correct and based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the United States of America that the facts stated above in the stipulation of the parties is true and correct. This Declaration was executed on October 22, 2015 in Sacramento, California.

/s/ Daniel Jay
_____

**DECLARATION OF LARRY L. BAUMBACH**

I, Larry L. Baumbach, do hereby declare and say the following:

1. I am the attorney of record for Plaintiff in the above-entitled action. I have prepared this Declaration as evidence in support of the parties' stipulation and request to this Court to continue the expert disclosure deadline to November 23, 2015. The facts stated in the stipulation set forth above are true and correct and based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the United States of America that the facts stated above in the stipulation of the parties is true and correct. This Declaration was executed on October 22, 2015 in Chico, California.

/s/ Larry L. Baumbach
_____

**ORDER**

Based upon the stipulation of the parties and good cause appearing, the Court orders that the expert disclosure deadline is hereby changed to November 23, 2015.

IT IS SO ORDERED.

Dated: November 5, 2015

_____
Troy L. Nunley
United States District Judge