|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| CALEB ANDERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PENINSULA FIRE DISTRICT, ROBERT PHILLIPS, GARY PINI, and DOES 1through 50,<br><br>　　　　　Defendants. | No. 2:13-cv-1736-TLN-CMK<br><br><br>ORDER RE SETTLEMENT & DISPOSITION |

The case was before the court for a telephonic further settlement conference conducted on March 15, 2018. Pursuant to the representations by counsel for the parties, the court has now determined that the matter has settled.

The court now orders that dispositional documents are to be filed not later than April 5, 2018.

All hearing dates heretofore set in this matter are VACATED.

/////

/////

/////

1

1 | <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2 | IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3 | CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.
4 |     IT IS SO ORDERED.
5 | DATED: March 15, 2018.
6 |     EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE